Unsealed per order of 3/27/08

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ORDERED SEALED BY COURT

08 MAR 27 AM 9:50

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY GI DEPUTY

*UNITED STATES OF AMERICA,*

*v.*

*MONICA FLORES-GARNER*

## *WARRANT FOR ARREST*

*CASE NUMBER:* '08 MJ 0923

*To:* *The United States Marshal and any Authorized United States Officer*

*YOU ARE HEREBY COMMANDED TO ARREST* **MONICA FLORES-GARNER** (DOB 5/4/75)

*and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)*

___ *Indictment* ___ *Information* *xxxx* *Complaint* ___ *Order of court* ___ *Violation Notice* ___ *Probation Violation Petition*

*charging him or her with* *(brief description of offense)*

*21 UNITED STATES CODE SECTION 841/846 (CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE)*

*in violation of Title* *21*, *United States Code, Section(s)* *846 and 841*

**WILLIAM McCURINE, JR.**
*Name of Issuing Officer*

*United States Magistrate Judge*
*Title of issuing Officer*

WMcCurine Jr.
*Signature of Issuing Officer*

San Diego, CA
*Date and Location*

*(By) Deputy Clerk*

***Bail Fixed at $*** ***Detention Request***

***by*** WMcCurine Jr.
***Name of Judicial Officer***

| ***RETURN*** | | |
|---|---|---|
| *This warrant was received and executed with the arrest of the above-named defendant at* 3321 National City Blvd, #25, National City, CA | | |
| ***DATE RECEIVED*** 3-25-08 | ***NAME AND TITLE OF ARRESTING OFFICER*** | ***SIGNATURE OF ARRESTING OFFICER*** |
| ***DATE OF ARREST*** 3-26-08 | S/A Thomas P. Lenox | Thomas P. Lenox |