FILED

APR - 1 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
DEPUTY

STEPHEN E. HOFFMAN
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 574-1888
California State Bar No. 90495

Attorney for Defendant
Monica Flores Garner

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable William McCurine, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MONICA FLORES GARNER,<br>Defendant. | Case No. 08MJ0923-WMC<br><br>SUBSTITUTION OF ATTORNEYS AND ORDER THEREON |

Defendant Monica Flores Garner hereby substitutes Stephen E. Hoffman, 136 Redwood Street, San Diego California 92103 (619) 574-1888 as her attorney of record, in place of attorney Martin Molina.

Dated: 4-1-08

Monica Garner
Monica Flores Garner
Defendant

Dated: 4-1-08

Stephen E. Hoffman
Attorney at Law

Dated: April 1, 2008

Martin Molina
Attorney at Law