FILED
APR - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable William McCurine, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MONICA FLORES GARNER,<br>Defendant. | Case No. 08mj0923 WMC<br><br>ORDER RE: SUBSTITUTION OF ATTORNEYS |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED Defendant Monica Flores Garner hereby substitutes Stephen E. Hoffman, 136 Redwood Street, San Diego California 92103 (619) 574-1888 as her attorney of record, in place of attorney Martin Molina.

IT IS SO ORDERED.

Dated: 4/1/08

[signature]

William McCurine, Jr.
United States Magistrate Judge