FILED
APR 2 4 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HAROLD GARDNER, JR. (1),<br>MONICA FLORES-GARDNER (2),<br>Defendants. | Criminal Case No. 08CR1289W<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF COURT:

Please take notice that the above entitles case is related to United States v. Alex Contretras, Criminal Case No. 08cr1251-W.

DATED: 4/24/08

KAREN P. HEWITT
United States Attorney

SHERRI WALKER HOBSON
Assistant U.S. Attorney