1AO 455(Rev. 5/85) Waiver of Indictment

FILED
APR 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

**MONICA FLORES-GARNER**

CASE NUMBER: 08CR1289W

I, **MONICA FLORES-GARNER.** the above named defendant, who is accused of violating Title 21, U.S.C., Sections 846 and 841(a)(1) – Conspiracy to distribute methamphetamine, being advised of the nature of the charge, the proposed INFORMATION and of my rights, hereby waive in open court on 4-24-08 prosecution by indictment and consent that the proceeding may proceed by information rather than indictment.

Monica Garner
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER